# Yentis, Appellant, v. Mills.

*Appeals—Refusal of judgment—Affidavit of defense.*

An order refusing judgment for want of a sufficient affidavit of defense, will not be reversed where the record does not clearly show plain error of law.

Argued January 4, 1928.    Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

Appeal, No. 105, Jan. T., 1928, by plaintiff, from order of C. P. No. 2, Phila. Co., March T., 1927, No. 14820, refusing judgment for want of a sufficient affidavit of defense, in case of Herbert Yentis v. George D. Mills. Affirmed.

Rule for judgment for want of sufficient affidavit of defense. Before LEWIS, J.

The opinion of the Supreme Court states the facts.

Rule discharged. Plaintiff appealed.

*Error assigned* was order, quoting record.

*Charles L. Smyth,* for appellant.

*James C. Crumlish* and *Hamilton C. Connor,* **for ap-**
pellee, were not heard.

PER CURIAM, January 23, 1928:

The court below refused to enter judgment in favor
of plaintiff for want of a sufficient affidavit of defense
and this appeal followed. We have repeatedly said that
the record must clearly show plain error of law before
we will sustain such an appeal (Federal Sales Co. v.
Farrell, 264 Pa. 149, 153; Goodrich Rubber Co. v. Motor
Tire Corporation, 291 Pa. 185), and this is not a case
of that kind.

The order of the court below is affirmed.